# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Criminal Action No. 02-0256(ESH) |
| **FRANCOIS KARAKE, *et al*.,** | ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

For the reasons stated in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendants' Joint Motion to Suppress Statements is **GRANTED** with the exception of defendant Nyaminani's two July 2001 statements.

**SO ORDERED**.

                                                          s/
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

DATE: August 17, 2006